# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**DR. GLORIA DANSBY-GILES**                                             **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 3:07-CV-452 HTW-LRA**

**JACKSON STATE UNIVERSITY**                                       **DEFENDANT**

**and**

**DR. FRANK GILES**                                                        **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO. 3:07-CV-597 HTW-LRA**

**JACKSON STATE UNIVERSITY**                                         **DEFENDANT**

## FINAL JUDGMENT

Before this court is the motion of the defendant, Jackson State University, for summary judgment in both above cases. After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendant in each case is well taken and should be granted. The Memorandum Opinion and Order entered by this court on February 28, 2010, is incorporated by reference. For the reasons assigned in the court's Memorandum Opinion and Order, the court concludes that judgment should be entered in favor of the defendant, Jackson State University, and against each above plaintiff, namely Dr. Gloria Dansby-Giles and Dr. Frank Giles, and that the defendant, Jackson State University, should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint in Civil Action No. 3:07-cv-452 HTW-LRA be, and it is hereby DISMISSED WITH PREJUDICE

in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint in Civil Action No. 3:07-cv-597 HTW-LRA be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant, Jackson State University, is entitled to recover its taxable costs against both plaintiffs in both actions upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 28th day of February, 2010.**

        **s/ HENRY T. WINGATE**

_____
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

Civil Action No. 3:07-CV-452 HTW-LRA
and
Civil Action No. 3:07-CV-597 HTW-LRA
Final Judgment